**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JANIS L. DUNBAR,

                      Plaintiff,

    -against-                                        25 **CIVIL** 1959 (LTS)

                                                            **<u>JUDGMENT</u>**

ABC WORLD NEWS NETWORK; ROBIN
ROBERTS; MICHAEL STRAHAN; CARYN
ELAINE JOHNSON,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 16, 2025, Plaintiff's complaint is dismissed for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h), and as frivolous, 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

      June 17, 2025

                                                              **TAMMI M. HELLWIG**
                                                               _____
                                                                  **Clerk of Court**

                                **BY:**    *K. Mango*
                                                         _____
                                                                   **Deputy Clerk**